https://www.cameronintl.com